EXHIBIT D

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8 Campus Drive
Parsippany, NJ 07054

August 13, 2007

**Via Facsimile and Overnight Courier**

Navy Yard Four Associates Limited Partnership
Attention: Joseph S. Torg
15 Old Danbury Road, Suite 100
Wilton, Connecticut 06897
Telecopy 203-762-2854

> Re: **Loan Agreement, dated as of October 18, 2005 (the "Loan
> Agreement"), between The Prudential Insurance Company of
> America, as Lender ("Lender"), and Navy Yard Four Associates
> Limited Partnership, as Borrower ("Borrower")**

Ladies and Gentlemen:

Reference is made to the Loan Agreement. Capitalized terms used herein without definition shall have the respective meanings provided in the Loan Agreement.

This letter constitutes notice to Borrower that an Event of Default has occurred under the Loan Documents by virtue of the occurrence of an "Event of Default" under the Senior Loan Documents, as provided in Section 8.1(j) of the Loan Agreement. Notice of this Event of Default shall not constitute a waiver of any other default or Event of Default now or hereafter existing under the Loan Documents.

This letter constitutes further notice to Borrower under Section 8.1(b) of the Loan Agreement that Borrower has failed to make a payment of money due to Senior Lender as and when required under the Senior Loan Documents, as more particularly described in the Notice of Default from Senior Lender to Borrower, dated August 10, 2007.

You are hereby notified that Lender intends to take such action as it deems appropriate under the Loan Documents to protect its interest in the Loan and the Property. Lender hereby reserves all of its rights and remedies, including, without limitation, under the Completion Guaranty. Any such actions, and the exercise of any such rights and remedies, may be taken without further notice to Borrower or any other party, except as may be required by applicable law.

Please contact Chip Walters at (973) 683-1628 should you have any questions.

Very truly yours,

The Prudential Insurance Company of America

By: _____

Name: Charles J. Walters
Title: Vice President

Cc: Via Facsimile and Overnight Courier

Trammel Crow Residential
Attention:  Sheryl A. Brown
6110 Executive Blvd., Suite 315
Rockville, Maryland  20852
Telecopy:  301-881-4093

LDA Parcel 4, LLC
Attention:  Martin Oliner
950 Third Avenue
New York, New York  10022
Telecopy:  212-319-8922

Michael K. Ording
Jones Day
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telecopy:  614-461-4198

Eurohypo AG, New York Branch
1114 Avenue of the Americas, 29th Floor
New York, New York 10036
Attention:  Head of Portfolio Operations
Telecopy:  866-267-7680

Eurohypo AG, New York Branch
1114 Avenue of the Americas, 29th Floor
New York, New York 10036
Attention:  Legal Director
Telecopy:  866-267-7680

Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Attention:  Marc D. Young
Telecopy:  213-892-5454