UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

           Plaintiff,

- against -

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, CFP
RESIDENTIAL, L.P., AND TCF
RESIDENTIAL PARTNERSHIP, LTD.,

           Defendants.

---

07 CIV 8497

Civil Case No.:

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff The Prudential Insurance Company of America ("Prudential") states that its parent corporations are Prudential Holdings LLC and Prudential Financial, Inc ("Prudential Financial"). No publicly held corporation directly owns 10% or more of Prudential's stock. Prudential Financial, a publicly held corporation, indirectly owns 10% or more of Prudential's stock.

Dated: New York, New York
      October 1, 2007

                              GOODWIN PROCTER LLP

                              Christopher J. Garvey (CG 3323)
                              599 Lexington Avenue
                              New York, New York 10022
                              (212) 813-8800

-and-

Anthony M. Feeherry
Brian H. Mukherjee
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000