AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

V.

J. RONALD TERWILLIGER,
WILLIAM C. MACDONALD, JOSEPH S.
TORG, CFP RESIDENTIAL, L.P., AND
TCF RESIDENTIAL PARTNERSHIP, LTD.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07 CIV 8497

TO: (Name and address of Defendant)

CFP Residential, L.P.
2100 McKinney Avenue, Suite 400
Houston, TX  77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

OCT 01 2007

**J. MICHAEL McMAHON**
CLERK            DATE

(By) DEPUTY CLERK

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | OCTOBER 4, 2007 |
| NAME OF SERVER *(PRINT)* RANDOLPH K. BURHAM | TITLE | TEXAS PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
    2100 MCKINNEY AVENUE, SUITE 700
    DALLAS, TEXAS 75201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  DELIVERED TO CFP RESIDENTIAL, L.P. BY DELIVERING TO ITS LEGAL COORDINATOR, JACKIE L. CLOSE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/06/07
              *Date*                   *Signature of Server*

5470 LBJ FREEWAY, DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.