AO 440 (Rev. 10/93) Summons in a Civil Action

JUDGE BATTS

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

V.

J. RONALD TERWILLIGER,
WILLIAM C. MACDONALD, JOSEPH S.
TORG, CFP RESIDENTIAL, L.P., AND
TCF RESIDENTIAL PARTNERSHIP, LTD.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8497**

TO: (Name and address of Defendant)

> J. Ronald Terwilliger
> 2859 Paces Ferry Road, Suite 1100
> Atlanta, GA  30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Christopher J. Garvey
> Goodwin Procter LLP
> 599 Lexington Avenue
> New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

OCT 01 2007

CLERK                                                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/08/07 at 1050 AM |
| NAME OF SERVER (PRINT) Richard Larde III | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3050 Peachtree Road, Suite 500, Atlanta, GA 30305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/10/07
Date

Signature of Server

Address of Server
ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.