AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

JUDGE BATTS

Southern District of New York

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

V.

J. RONALD TERWILLIGER,
WILLIAM C. MACDONALD, JOSEPH S.
TORG, CFP RESIDENTIAL, L.P., AND
TCF RESIDENTIAL PARTNERSHIP, LTD.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8497**

TO: (Name and address of Defendant)

William C. MacDonald
6110 Executive Blvd., Suite 315
Rockville, MD 20852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK                                                     DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                   Signature of Server

                                                                    _____
                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of NEW YORK | County of | United States District Court |

Index Number: 07CIV8497
Date Filed: 10/1/2007

Plaintiff:
**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**
vs.
Defendant:
**J. RONALD TERWILLIGER, ET AL**

For:
Jack B. Groarke
GOODWIN PROCTER, LLP
599 Lexington Avenue
30th Floor
New York, NY 10022

Received by PRIORITY PROCESS to be served on **WILLIAM C. MACDONALD, 6110 EXECUTIVE BLVD., SUITE 315, ROCKVILLE, MD 20852.**

I, Tom Chedester, being duly sworn, depose and say that on the **4th** day of **October, 2007** at **11:00 am**, I:

**Individually Served** the within named person with a true copy of the **A SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF THE MAGISTRATE JUDGE AND INDIVIDUAL PRACTICES OF DISTRICT** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Description** of Person Served: Age: 49, Sex: M, Race/Skin Color: White, Height: 6'2, Weight: 200, Hair: Black/Gray, Glasses: N

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

EDITH E. SIMMS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 1, 2008

Tom Chedester
Process Server

Subscribed and sworn to before me on the 12th day of October, 2007 by the affiant who is personally known to me.

Notary Public

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2007016951

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s