# Exhibit F

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
8 Campus Drive
Parsippany, NJ 07054

September 7, 2007

**Via Facsimile and Overnight Courier**

Navy Yard Four Associates Limited Partnership
Attention: Joseph S. Torg
15 Old Danbury Road, Suite 100
Wilton, Connecticut 06897
Telecopy 203-762-2854

> Re: **NOTICE OF ACCELERATION**
> **Loan Agreement, dated as of October 18, 2005 (the "Loan Agreement"), between The Prudential Insurance Company of America, as Lender ("Lender"), and Navy Yard Four Associates Limited Partnership, as Borrower ("Borrower")**

Ladies and Gentlemen:

Reference is made to the Loan Agreement. Capitalized terms used herein without definition shall have the respective meanings provided in the Loan Agreement.

By letter dated August 13, 2007, Lender notified you that an Event of Default had occurred and that Lender intended to take such actions as it deems appropriate under the Loan Documents to protect its interest in the Loan and the Property.

Accordingly, you are hereby notified that all principal, interest and other sums owed under the Loan Documents have been accelerated and are immediately due and payable.

Nothing herein shall release, relinquish or impair any rights and remedies of Lender. If you fail to pay the entire amount due, Lender will be entitled to pursue all remedies available to it under the Loan Documents and at law or equity, including without limitation, under the Completion Guaranty.

Please contact Chip Walters at (973) 683-1628 should you have any questions.

Very truly yours,

The Prudential Insurance Company of America

By: _____

Name: Lynn de Castro

Title: Vice President

Cc: Via Facsimile and Overnight Courier

Trammel Crow Residential
Attention: Sheryl A. Brown
6110 Executive Blvd., Suite 315
Rockville, Maryland 20852
Telecopy: 301-881-4093

LDA Parcel 4, LLC
Attention: Martin Oliner
950 Third Avenue
New York, New York 10022
Telecopy: 212-319-8922

Michael K. Ording
Jones Day
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
Telecopy: 614-461-4198

Eurohypo AG, New York Branch
1114 Avenue of the Americas, 29th Floor
New York, New York 10036
Attention: Head of Portfolio Operations
Telecopy: 866-267-7680

Eurohypo AG, New York Branch
1114 Avenue of the Americas, 29th Floor
New York, New York 10036
Attention: Legal Director
Telecopy: 866-267-7680

Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Attention: Marc D. Young
Telecopy: 213-892-5454

LIBD/2024797