UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                        Plaintiff,

  - against -

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, and CFP
RESIDENTIAL, L.P.,

                       Defendants.

Civil Case No.: 07-CV-8497 (DAB)

## NOTICE OF APPEARANCE

      Please enter the appearance of Emanuel C. Grillo, Esq. of Goodwin Procter LLP, the undersigned, as counsel for Plaintiff THE PRUDENTIAL INSURANCE COMPANY OF AMERICA in the above captioned matter.

Dated: October 18, 2007

                                            Respectfully submitted,

                                            s/Emanuel C. Grillo
                                            Emanuel C. Grillo (EG 1538)
                                            GOODWIN PROCTER LLP
                                            599 Lexington Avenue
                                            New York, NY 10022
                                            Telephone: (212) 813-8800
                                            Facsimile: (212) 355-3333

                                            Attorneys for Plaintiff
                                            The Prudential Insurance
                                            Company of America