UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                Plaintiff,

- against -

                Civil Case No.: 07cv8497 (DAB)

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.

                Defendants.

## NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that, upon the Affirmation of Christopher J. Garvey, submitted

herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of

the Local Rules of this Court, admitting Anthony M. Feeherry, Esq., Brian H. Mukherjee, Esq.

and Ryan C. Posey, Esq. pro hac vice to the Bar of this Court for the purpose of representing

Plaintiff The Prudential Insurance Company of America in the above-captioned proceeding.

Dated: October 23, 2007
      New York, New York

                Respectfully submitted,

                THE PRUDENTIAL INSURANCE
                COMPANY OF AMERICA

                By its attorneys,

                GOODWIN PROCTER LLP

                Christopher J. Garvey (CG 3323)
                599 Lexington Avenue
                New York, New York 10022
                (212) 813-8800

-and-

Anthony M. Feeherry
Brian H. Mukherjee
Exchange Place
Boston, Massachusetts  02109
(617) 570-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

THE PRUDENTIAL INSURANCE                     :
COMPANY OF AMERICA,                          :
                                             :
                        Plaintiff,           :
                                             :
            v.                               :        Case No.: 07cv8497 (DAB)
                                             :
J. RONALD TERWILLIGER, WILLIAM C.            :
MACDONALD, JOSEPH S. TORG,                   :
AND CFP RESIDENTIAL, L.P.,                   :
                                             :
                        Defendants.          :
-------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ss.:
COUNTY OF NEW YORK         )

Alexis D. Fernandez, being duly sworn, deposes and says that he is not a party to the within action, is over 21 years of age and resides in New York, New York.

That on the 23rd day of October, 2007, deponent caused true copies of the annexed Notice of Motion for Admission Pro Hac to be served by first class mail, postage prepaid, upon the following parties:

J. Ronald Terwilliger
Two Buckhead Plaza
3050 Peachtree Road, NW, Suite 500
Atlanta, GA 30305

Joseph S. Torg
15 Old Danbury Road, Suite 100
Wilton, CT 06897

William C. MacDonald
6110 Executive Blvd., Suite 315
Rockville, MD 20852

CFP Residential, L.P.
2100 McKinney Avenue, Suite 400
Dallas, TX 75201

Alexis D. Fernandez
License No. 1076396

Sworn to before me this
_____ day of October, 2007
Notary Public

**ANA M. MARTE**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MA5082099
QUALIFIED IN BRONX COUNTY
TERM EXPIRES JULY 21 ____2009____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Plaintiff,

- against -

Civil Case No.: 07cv8497 (DAB)

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.

Defendants.

## AFFIRMATION OF CHRISTOPHER J. GARVEY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Christopher J. Garvey., being duly sworn, deposes and says:

1.     I am a partner with the firm of Goodwin Procter LLP, attorneys for Plaintiff The

Prudential Insurance Company of America in the above-captioned proceeding and a member in

good standing of the Bar of this Court since 1994. I make this Affirmation in support of the

Motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of Anthony M.

Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq. to the Bar of this Court pro

hac vice.

2.     Mr. Feeherry is a partner with the firm of Goodwin Procter LLP, 53 State Street,

Boston, Massachusetts, (617) 570-1390 (tel.), (617) 523-1231 (fax). He is a member in good

standing of the Bar of the Commonwealth of Massachusetts. Mr. Feeherry is also admitted to

practice in the United States Court of Appeals for the First, Second and Seventh Circuits and the

United States District Court for the District of Massachusetts. Attached hereto as Exhibit 1 is a

Certificate from the Supreme Judicial Court of the Commonwealth of Massachusetts Stating that

Mr. Feeherry is a member in good standing of the Bar of the Commonwealth of Massachusetts.
There are no pending disciplinary proceedings against Mr. Feeherry in any State or Federal
Court. Mr. Feeherry is familiar with the Federal Rules of Civil Procedure, the Federal Rules of
Evidence and the Rules of this Court.

3.      Mr. Mukherjee is an associate with the firm of Goodwin Procter LLP, 53 State
Street, Boston, Massachusetts, (617) 570-1477 (tel.), (617) 523-1231 (fax). He is a member in
good standing of the Bar of the Commonwealth of Massachusetts. Mr. Mukherjee is also
admitted to practice in the United States District Court for the District of Massachusetts.
Attached hereto as Exhibit 2 is a Certificate from the Supreme Judicial Court of the
Commonwealth of Massachusetts Stating that Mr. Mukherjee is a member in good standing of
the Bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings
against Mr. Mukherjee in any State or Federal Court. Mr. Mukherjee is familiar with the Federal
Rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court.

4.      Mr. Posey is an associate with the firm of Goodwin Procter LLP, 53 State Street,
Boston, Massachusetts, (617) 570-1871 (tel.), (617) 523-1231 (fax). He is a member in good
standing of the Bar of the Commonwealth of Massachusetts. Attached hereto as Exhibit 3 is a
Certificate from the Supreme Judicial Court of the Commonwealth of Massachusetts Stating that
Mr. Posey is a member in good standing of the Bar of the Commonwealth of Massachusetts.
There are no pending disciplinary proceedings against Mr. Posey in any State or Federal Court.
Mr. Posey is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence
and the Rules of this Court.

5.    Accordingly, I respectfully request that Anthony M. Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq. be admitted to the Bar of this Court pro hac vice for the purposes of representing Plaintiff The Prudential Insurance Company of America in the above-captioned proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of October, 2007.

Christopher J. Garvey (CG3323)

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eleventh** day of **December** A.D. **1974** , said Court being the highest Court of Record in said Commonwealth:

## Anthony M. Feeherry

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court. are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---------

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **January** A.D. **2000**, said Court being the highest Court of Record in said Commonwealth:

## Brian Harvey Mukherjee

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and seven**.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-eighth** day of **November** A.D. **2006** , said Court being the highest Court of Record in said Commonwealth:

**Ryan Posey**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **October** in the year of our Lord **two thousand and seven**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                              Plaintiff,

          - against -                          Civil Case No.: 07cv8497 (DAB)

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - -

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Anthony M.

Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq., dated October 23, 2007, and

the accompanying Affirmation of Christopher J. Garvey, sworn to on October 23, 2007, it is

hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court,

Anthony M. Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq., are hereby

admitted *pro hac vice* to the Bar of this Court for the purpose of representing Plaintiff The

Prudential Insurance Company of America in the above-captioned proceeding.


                                        _____
                                        United States District Judge

Dated: _____, 2007