UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE PRUDENTIAL INSURANCE           :
COMPANY OF AMERICA,                :
                            Plaintiff,    :   **Rule 7.1 Statement**
       -against-                  :   07 CV 8497 (DAB)
                                      :
J. RONALD TERWILLIGER, WILLIAM C.  :
MACDONALD, JOSEPH S. TORG, AND CFP :
RESIDENTIAL, L.P.,                 :
                           Defendants.   :
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that CFP Residential, L.P. is a privately held company with no corporate parents, affiliates or subsidiaries of said party, which are publicly held.

**Dated:** October 29, 2007
       New York, New York

                                Mintz Levin Cohn Ferris Glovsky
                                and Popeo, P.C.

                                By: _____
                                   Dominic J. Picca  DP-2376

                                The Chrysler Center
                                666 Third Avenue
                                New York, New York 10017
                                (212) 935-3000

                                -and-

                                R. Robert Popeo
                                Timothy J. Langella
                                Paul D. Wilson

                                Mintz Levin Cohn Ferris Glovsky
                                and Popeo, P.C.
                                One Financial Center
                                Boston, Massachusetts 02111
                                (617) 542-6000

                                Attorneys for Defendants