AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

### APPEARANCE

Case Number: 07cv8497 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendants J. Ronald Terwilliger, William C. MacDonald, Joseph S. Torg and CFP Residential, L.P.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/29/2007 | _/s/ Dominic J. Picca_ |
| Date | Signature |
| | Dominic J. Picca — DP-2376 |
| | Print Name — Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York — New York — 10017 |
| | City — State — Zip Code |
| | (212) 935-3000 — (212) 983-3115 |
| | Phone Number — Fax Number |