USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                         Plaintiff,

    -against-

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.,

                         Defendants.

------------------------------------------------------------X

07 CV 8497 (DAB)

**STIPULATION
AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, that the time for Defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P., to answer or otherwise respond to the Amended Complaint, dated October 15, 2007, is extended to November 12, 2007.

Dated: New York, New York
       October 29, 2007

GOODWIN PROCTER LLP

By: *Christopher J. Garvery*
Christopher J. Garvery (CG 3323)

599 Lexington Avenue
New York, New York 10022
(212) 813-8800

-and-

Anthony M. Feeherry
Brian H. Mukherjee
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Attorneys for Plaintiff

MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C

By: *Dominic J. Picca*
Dominic J. Picca DP-2376

The Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000

-and-

R. Robert Popeo
Paul D. Wilson
Timothy J. Langella
Mintz Levin Cohn Ferris Glovsky &
Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Attorneys for Defendants

SO ORDERED:

*Deborah A. Batts* 10/30/2007
U.S.D.J.