UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                   Plaintiff,

- against -

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.

                   Defendants.



Civil Case No.: 07cv8497 (DAB)

DAB
10/31/07

[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Anthony M. Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq., dated October 23, 2007, and the accompanying Affirmation of Christopher J. Garvey, sworn to on October 23, 2007, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Anthony M. Feeherry, Esq., Brian H. Mukherjee, Esq. and Ryan C. Posey, Esq., are hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Plaintiff The Prudential Insurance Company of America in the above-captioned proceeding.

                                                     *Deborah A. Batts*
                                                  United States District Judge

Dated: **October 31**, 2007