Dominic J. Picca
MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
dpicca@mintz.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THE PRUDENTIAL INSURANCE             :
COMPANY OF AMERICA,                  :    07 CV 8497 (DAB)
                                     :
            Plaintiff,               :    **NOTICE OF MOTION FOR**
                                     :    **ADMISSION PRO HAC VICE**
      vs.                            :
                                     :
J. RONALD TERWILLIGER, WILLIAM C.    :
MACDONALD, JOSEPH S. TORG, and CFP   :
RESIDENTIAL, L.P.                    :
            Defendants.              :
                                     :
------------------------------------------------------------- X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Dominic J. Picca dated November 28, 2007 and the exhibits annexed thereto, Dominic J. Picca respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting R. Robert Popeo, Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq., pro hac vice for all purposes in this matter as counsel for defendants J. Ronald Terwilliger, William C.

MacDonald, Joseph S. Torg and CFP Residential, L.P.

Dated: November 28, 2007
      New York, New York

                              MINTZ LEVIN COHN FERRIS
                              GLOVSKY and POPEO, P.C.

                              By: _____
                                 Dominic J. Picca
                              Chrysler Center
                              666 Third Avenue
                              New York, New York  10017
                              (212) 935-3000
                              dpicca@mintz.com

                              *Attorneys for Defendants.*

To:  Christopher J. Garvey, Esq.
      Goodwin Procter LLP
      599 Lexington Avenue
      New York, New York 10022

         and

      Anthony M. Feeherry
      Brian H. Mukherjee
      Goodwin Procter, LLP
      Exchange Place
      Boston, Massachusetts 02109

      *Attorneys for Plaintiff*

4200015v.1

Dominic J. Picca
MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York  10017
(212) 935-3000
dpicca@mintz.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>J. RONALD TERWILLIGER, WILLIAM C. MACDONALD, JOSEPH S. TORG, and CFP RESIDENTIAL, L.P.<br>　　　　　Defendants. | 07 CV 8497 (DAB)<br><br>**DECLARATION OF DOMINIC PICCA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF R. ROBERT POPEO, ESQ., TIMOTHY LANGELLA, ESQ., AND JOSEPH D. LIPCHITZ, ESQ.** |

------------------------------------------------------- X

　　　　Dominic J. Picca, pursuant to 28 U.S.C. § 1746, declares:

　　　　1.　　I am a member in good standing of the bars of the State of New York and of the United States District Court of the Southern District of New York.  I am a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., ("Mintz Levin"), attorneys for defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P. in the above-captioned matter.  I submit this Declaration in support of the motion for admission pro hac vice of R. Robert Popeo, Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq.

2.	R. Robert Popeo is a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, (617) 542-6000, rpopeo@mintz.com. Mr. Popeo is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice in the United States District Court for the District of Massachusetts. Attached as Exhibit 1 is a good standing certificate from the United States District Court for the District of Massachusetts.

3.	Timothy J. Langella is a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, (617) 542-6000, tlangella@mintz.com. Mr. Langella is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice in the United States District Court for the District of Massachusetts. Attached as Exhibit 2 is a good standing certificate from the United States District Court for the District of Massachusetts.

4.	Joseph D. Lipchitz is a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, (617) 542-6000, jdlipchitz@mintz.com. Mr. Lipchitz is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice in the United States District Court for the District of Massachusetts. Attached as Exhibit 3 is a good standing certificate from the United States District Court for the District of Massachusetts.

5.	For these reasons, I respectfully request that the Court execute the annexed proposed Order of Admission Pro Hac Vice and thereby admit Messrs. Popeo, Langella and Lipchitz pro hac vice in this action, pursuant to Rule 1.3 of the Local Civil rule of this Court.

6.      I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2007.


Dated: November 28, 2007
      New York, New York

By: _____
      Dominic J. Picca


4200023v.1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**DISTRICT OF**    MASSACHUSETTS

### CERTIFICATE OF
### GOOD STANDING

I, _____ Sarah A. Thornton _____, *Clerk of this Court,*

*certify that* **R. Robert Popeo**, Bar # 403360,

*was duly admitted to practice in this Court on*

_____ November 5, 1962 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ Boston, Massachusetts _____ on November 2, 2007.
LOCATION                          DATE

**Sarah A. Thornton**
CLERK                        DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I,    Sarah A. Thornton   , *Clerk of this Court,*

certify that **Timothy J. Langella**, Bar # 542017,

was duly admitted to practice in this Court on

March 27, 1984, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at    Boston, Massachusetts    on   November 2, 2007 .
LOCATION                             DATE



**Sarah A. Thornton**
CLERK

*Judith A. _____*
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

**DISTRICT OF**     MASSACHUSETTS

**CERTIFICATE OF
GOOD STANDING**

I, _____ Sarah A. Thornton _____ , *Clerk of this Court,*

certify that **Joseph D. Lipchitz** , Bar #  632637  ,

*was duly admitted to practice in this Court on*

_____ March 17, 2000 _____ , *and is in good standing*
              DATE

*as a member of the Bar of this Court.*

Dated at _____ Boston, Massachusetts _____ on _ November 2, 2007 _ .
                  LOCATION                          DATE



**Sarah A. Thornton**
CLERK

DEPUTY CLERK

## AFFIDAVIT OF SERVICE

State of New York    )
                    ) SS.:
County of New York  )

ELAINE FREIRE, being duly sworn deposes and says:

1. I am over the age of eighteen, not a party to this action, and am employed by Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., attorneys for defendants herein.

2. On the 29th day of November, 2007, I caused to be served true and correct copies of the within NOTICE OF MOTION FOR ADMISSION PRO HAC VICE and the ORDER ADMITTING COUNSEL PRO HAC VICE, by first class mail to the following:

To: Christopher J. Garvey, Esq.
    Goodwin Procter LLP
    599 Lexington Avenue
    New York, New York 10022

    and

    Anthony M. Feeherry
    Brian H. Mukherjee
    Goodwin Procter, LLP
    Exchange Place
    Boston, Massachusetts 02109

    *Attorneys for Plaintiff*

                                                    _____
                                                    ELAINE FREIRE

Sworn to before me
this 27th day of November 2007

_____
Notary Public
RAYMOND P. CORONA
Notary Public, State of New York
No. 4955992
Qualified in New York County
Commission Expires Sept. 11, 20 _27_

4201078v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE PRUDENTIAL INSURANCE  :
COMPANY OF AMERICA,       :   07 CV 8497 (DAB)
                          :
         Plaintiff,       :
    vs.                   :
                          :
J. RONALD TERWILLIGER, WILLIAM C.  :
MACDONALD, JOSEPH S. TORG, and CFP :
RESIDENTIAL, L.P.         :
         Defendants.      :
                          :
------------------------------------------------------------ X

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* R. Robert Popeo. Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq., dated November 28, 2007 and the accompanying Declaration of Dominic J. Picca, dated November 28, 2007 it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, R. Robert Popeo. Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq., are hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P., in the above-captioned proceeding.

_____
United States District Judge

Dated: _____, 2007