USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                        Plaintiff,

      -against-

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.,

                       Defendants.
-----------------------------------------------------------------X

07 CV 8497 (DAB)

**STIPULATION
AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, that the time for Defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P., to answer or otherwise respond to the Amended Complaint, dated October 15, 2007, is extended to January 11, 2008.

Dated:  New York, New York
          December 12, 2007

| GOODWIN PROCTER LLP | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C |
|---|---|
| By: *Christopher J. Garvery* (signature) | By: *Dominic J. Picca* (signature) |
| Christopher J. Garvery (CG 3323) | Dominic J. Picca  DP-2376 |
| 599 Lexington Avenue | The Chrysler Center |
| New York, New York 10022 | 666 Third Avenue |
| (212) 813-8800 | New York, New York 10017 |
|  | (212) 935-3000 |
| -and- | -and- |
| Anthony M. Feeherry | R. Robert Popeo |
| Brian H. Mukherjee | Paul D. Wilson |
| Exchange Place | Timothy J. Langella |
| Boston, Massachusetts 02109 | Mintz Levin Cohn Ferris Glovsky & Popeo, P.C. |
| (617) 570-1000 | One Financial Center |
|  | Boston, Massachusetts 02111 |
| Attorneys for Plaintiff | (617) 542-6000 |
|  | Attorneys for Defendants |

SO ORDERED

*Deborah A. Batts* (signature)
U.S.D.J.    12/13/2007