UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE PRUDENTIAL INSURANCE            :
COMPANY OF AMERICA,                 :         07 CV 8497 (DAB)
                                    :
           Plaintiff,               :
    vs.                             :
                                    :
J. RONALD TERWILLIGER, WILLIAM C.   :
MACDONALD, JOSEPH S. TORG, and CFP  :
RESIDENTIAL, L.P.                   :
           Defendants.              :
                                    :
------------------------------------------------------------ X

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* R. Robert Popeo. Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq., dated November 28, 2007 and the accompanying Declaration of Dominic J. Picca, dated November 28, 2007 it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, R. Robert Popeo. Esq., Timothy J. Langella, Esq., and Joseph D. Lipchitz, Esq., are hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P., in the above-captioned proceeding.

                                              /s/ Deborah A. Batts
                                              United States District Judge  12/17/07

Dated: _____, 2007