```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
                           Plaintiff,
         -against-

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, AND CFP
RESIDENTIAL, L.P.,
                           Defendants.
------------------------------------------------------------X

07 CV 8497 (DAB)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, that the time for Defendants J. Ronald Terwilliger, William C. Macdonald, Joseph S. Torg, and CFP Residential, L.P., to answer or otherwise respond to the Amended Complaint, dated October 15, 2007, is extended to February 11, 2008.

Dated: New York, New York
       January 11, 2008

GOODWIN PROCTER LLP

By: _____
Christopher J. Garvery (CG 3323)

599 Lexington Avenue
New York, New York 10022
(212) 813-8800

         -and-

Anthony M. Feeherry
Brian H. Mukherjee
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

Attorneys for Plaintiff

MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C

By: _____
Dominic J. Picca DP-2376

The Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000

         -and-

R. Robert Popeo
Paul D. Wilson
Timothy J. Langella
Mintz Levin Cohn Ferris Glovsky &
Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Attorneys for Defendants

**SO ORDERED**

_____
DEBORAH A. BATTS    1/23/2008
UNITED STATES DISTRICT JUDGE

_____
U.S.D.J.