UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                        Plaintiff,

- against -

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, and CFP
RESIDENTIAL, L.P.,

                        Defendants.

------------------------------



Civil Case No.: 07-CV-8497 (DAB)

## STIPULATION AND ORDER FOR STAY OF PROCEEDINGS

Plaintiffs The Prudential Insurance Company of America and Defendants J. Ronald Terwilliger, William C. MacDonald, Joseph S. Torg, and CFP Residential, L.P., by their undersigned counsel, hereby stipulate and agree to a stay of the above-captioned proceedings for sixty (60) days, including with respect to (1) the issuance by this Court of a scheduling order pursuant to Fed. R. Civ. P. 16(b), and (2) the parties' Fed. R. Civ. P. 26(f)(1) conference requirements.

Within 60 days of the date of this stipulation, the parties will file a joint status report with the Court, either indicating the parties' request to extend the stay or requesting the issuance by the Court of a Rule 16(b) scheduling order.

The parties have ongoing negotiations relating to this matter and believe a stay of the proceedings will allow them to continue those negotiations. The parties accordingly respectfully request that the Court grant this stipulated stay of proceedings.

LIBA/1860549.1

| | |
|---|---|
| GOODWIN PROCTER LLP | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C. |
| *[signature: Brian H. Mukherjee /for]*<br>Emanuel C. Grillo (EG 1338)<br>egrillo@goodwinprocter.com<br>Christopher J. Garvey (CG 3323)<br>cgarvey@goodwinprocter.com<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 813-8800<br>Fax: (212) 355-3333 | *[signature: Timothy J. Langella /for]*<br>Dominic J. Picca (DP-2376)<br>djpicca@mintz.com<br>The Chrysler Center<br>666 Third Avenue<br>New York, New York 10017<br>Tel: (212) 935-3000<br>Fax: (212) 983-3115 |
| -and- | -and- |
| Anthony M. Feeherry<br>afeeherry@goodwinprocter.com<br>Brian H. Mukherjee<br>bmukherjee@goodwinprocter.com<br>Ryan C. Posey<br>rposey@goodwinprocter.com<br>Exchange Place<br>Boston, MA 02109<br>Tel: (617) 570-1000<br>Fax: (617) 523-1231 | R. Robert Popeo<br>rrpopeo@mintz.com<br>Paul D. Wilson<br>pwilson@mintz.com<br>Timothy J. Langella<br>tlangella@mintz.com<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241 |
| Attorneys for Plaintiff | Attorneys for Defendants |

January **28**, 2008

*[signature]*
Deborah A. Batts, U.S.D.J.