UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

                    Plaintiff,

- against -

J. RONALD TERWILLIGER, WILLIAM C.
MACDONALD, JOSEPH S. TORG, and CFP
RESIDENTIAL, L.P.,

                    Defendants.

---

Civil Case No.: 07-CV-8497 (DAB)

## JOINT STATUS REPORT

Pursuant to the Stipulation and Order for Stay of Proceedings (the "Stay") agreed upon by the parties and filed on January 25, 2008 and entered by the Court on January 28, 2008, Plaintiff The Prudential Insurance Company of America ("Prudential") and Defendants J. Ronald Terwilliger, William C. MacDonald, Joseph S. Torg, and CFP Residential, L.P. (collectively, "Defendants"), by their undersigned counsel, file this Joint Status Report.

As of the date of filing of this Joint Status Report, the parties have been unable to resolve the dispute as described in Prudential's Amended Complaint to Enforce Loan Guaranties ("Complaint"). The parties continue their negotiations with the hope of reaching a settlement, but both parties believe that the stay of proceedings should not be extended at this time.

LIBA/1877261.1

### A.   **Responsive Pleading**

Pursuant to previous extensions granted by Prudential and the Stay, Defendants have not yet filed responsive pleadings in this matter. The parties have agreed and stipulated that Defendants shall file their responses to the Complaint on or before April 11, 2008.

### B.   **Status Conference**

The parties request that the Court schedule a status conference on or about the week of May 5, 2008 regarding the Court's issuance of a Rule 16(b) scheduling order. Prior to such status conference, the parties will confer and report to the Court as required by Fed. R. Civ. P. 26(f).

GOODWIN PROCTER LLP

/s/ Emanuel C. Grillo
Emanuel C. Grillo (EG 1538)
Christopher J. Garvey (CG 3323)
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

-and-

Anthony M. Feeherry
Brian H. Mukherjee
Ryan C. Posey
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Plaintiff

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.

/s/ Dominic J. Picca
Dominic. J. Picca DP-2376
The Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000

-and-

R. Robert Popeo
Paul D. Wilson
Timothy J. Langella
One Financial Center
Boston, MA 02111
(617) 542-6000

Attorneys for Defendants

Dated:   March 28, 2008

LIBA/1877261.1